IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY RISK RETENTION GROUP, INC., an Alabama Domestic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL VITALES MARTINEZ, an individual; IMPACT CONSTRUCTION GROUP, LLC, an Oklahoma Limited Liability Company; DONNA ISER, an individual; and PAUL ISER, an individual,<br><br>Defendants. | Case No. CIV-22-00695-JD |

## ADMINISTRATIVE CLOSING ORDER

On counsel's representation that the parties have reached a settlement and compromise of all claims in this case, it is ORDERED that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 11th day of October 2023.

*[signature]*
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE